UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:01-CR-172-KJD-RJJ |
| Plaintiff, ) | |
| vs. ) | |
| GOLDY MAUHAR ) | |
| Defendant. ) | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#34) on May 3, 2002. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: ASSOCIATED THIRD PARTY ADMINISTRATORS
Amount of Restitution: $50,000.00

Name of Payee: CHUBB GROUP INSURANCE CO
Amount of Restitution: $199,634.00

**Total Amount of Restitution ordered: $249,634.00\*\***
\*\*Joint and Several with Co-defendant John R. Mauhar

Dated this 26th day of April, 2017.

_____
UNITED STATES DISTRICT JUDGE